**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  JEANMARIE GRIMES, | : | **CHAPTER 13** |
| **Debtor** | : | **BANKR. NO.  16-16015** |

**NOTICE OF APPLICATION FOR APPOINTMENT AS REALTOR**

It is hereby noticed that the Debtor, JEANMARIE GRIMES, filed an Application to Appoint Remax Central as the realtor for the Debtor to sell her home at 5601 North American Street, Philadelphia, PA.  19120 ("The Home").  The terms of an Agreement for the exclusive right of Remax Central to sell the Home are that the Home is listed for sale for $179,000 until November 10, 2020, with a commission totaling six (6%) percent to be paid to the realtor.  The entire Agreement was filed of record and a copy may be obtained from the undersigned upon request.  Any Objection to this Application must be filed of record and served upon the undersigned within seven days from the date of service.  If no Objection is filed or served, the undersigned may file a Certification of No Objection and request that the Application be granted without a hearing.

Dated:  May 18, 2020

/s/ David A. Scholl, Esquire
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Counsel for Debtor