**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**JEANMARIE GRIMES,**                 : Chapter 13
**Debtor**                                   : BANKR. No. 16-16015

**CERTIFICATION OF NO RESPONSE**

      I hereby certify that, on or before May 23, 2020, I served Notice of the Application for Appointment of the Debtor's Realtor upon all known creditors. I further certify that no answer or Objection to the Application or any further administrative claim was filed or served on me by June 1, 2020, and therefore the Order attached to the Application can be entered as uncontested.

Dated: June 2, 2020

                                                                _____
                                                                /s/ DAVID A. SCHOLL
                                                                512 Hoffman Street
                                                                Philadelphia, PA. 19148
                                                                610-550-1765
                                                                Fax 267-639-9178
                                                                Attorney for the Debtor