# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**JEANMARIE GRIMES,**     :     CHAPTER 13
    Debtor

                                         :     BANKR. NO. 16-16015

## ORDER

**AND NOW**, this _____ day of June, 2020, upon consideration of the within Application of the Debtor for Appointment of Realtor for the Debtor and the Verified Statement of Proposed Agent, it is hereby **ORDERED** that Remax Central is appointed as realtor for the Debtor in this case, on the terms set forth in the within Motion, with the appointment to be effective as of the date that this Application was filed.

**Date: June 3, 2020**

_____
                                                                             J.