United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16015-amc
Jeanmarie Grimes                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi          Page 1 of 1             Date Rcvd: Jun 03, 2020
                         Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db           #+Jeanmarie Grimes,    5601 North American Street,    Philadelphia, PA 19120-2325
r             +Remax Central,    1200 Germantown Ave.,    Phila., PA 19122-4579

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Jeanmarie  Grimes judgescholl@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. jschwartz@mesterschwartz.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**JEANMARIE GRIMES,**                        :      **CHAPTER 13**
      Debtor

                                                            :      **BANKR. NO. 16-16015**

## ORDER

        **AND NOW**, this _____ day of June, 2020, upon consideration of the within Application of the Debtor for Appointment of Realtor for the Debtor and the Verified Statement of Proposed Agent, it is hereby **ORDERED** that Remax Central is appointed as realtor for the Debtor in this case, on the terms set forth in the within Motion, with the appointment to be effective as of the date that this Application was filed.

**Date: June 3, 2020**

_____
                                                           J.