**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JEANMARIE GRIMES

Chapter 13

Debtor

Bankruptcy No. 16-16015-AMC

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 7/21/20

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DAVID SCHOLL, ESQUIRE  
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Debtor:  
JEANMARIE GRIMES

5601 NORTH AMERICAN STREET

PHILADELPHIA, PA 19120