United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-16015-amc
Jeanmarie Grimes                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2            Date Rcvd: Jul 21, 2020
                             Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
```
db              #+Jeanmarie Grimes,    5601 North American Street,     Phladelphia, PA 19120-2325
r                +Remax Central,    1200 Germantown Ave.,    Phila., PA 19122-4579
cr               +Wells Fargo Bank, N.A., et al,    c/o Prober & Raphael, A Law Corporation,
                  20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
13807163         +Americredit Fin. Srvs.,    c/o William E. Craig, Esq.,    Morton & Craig, LLC,
                  110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13801957         +Carrington Mortgage Services,    1600 South Douglass Road, Suite 2,    Anaheim, CA 92806-5951
13801960          GM Financial,    P,O. Box 181145,    Whitmore, CA 96096
13855571         +Second Alarmers Rescue Squad,    PO Box 13,    Willow Grove, PA 19090-0013
13801962          Water Revenue Bureau,    City of Philadelphia,    Munical Services Bldg,    Philadelphia, PA 19102
13838592         +Wells Fargo Bank NA,    c/o Prober & Raphael,    Dean R. Prober, Esq.,
                  20750 Ventura Blvd., Ste. 100,    Woodland Hills, CA 91364-6207
14466147         +Wells Fargo Bank NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13925061         +Wells Fargo Bank, N.A., et al,    c/o Carrington Mortgage Services, LLC,
                  1600 South Douglass Road,    Anaheim, CA 92806-5948
13801963         +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:25      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2020 04:31:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 22 2020 04:31:13      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
                  AmeriCredit Financial Services, Inc. dba GM Financ,     P.O. Box 99605,
                  Arlington, TX  76096-9605
cr               E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:25      CITY OF PHILADELPHIA,
                  BANKRUPTCY GROUP, MSB,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,     PHILADELPHIA, PA  19102-1595
13885136         +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 22 2020 04:30:47
                  AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                  Arlington, TX 76096-3853
13801958          E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:25      City of Philadelphia,
                  Municipal Services Bldg., 5th Floor,    1401 JFK Blvd.,    Philadelphia, PA
13862601         +E-mail/Text: megan.harper@phila.gov Jul 22 2020 04:31:24
                  CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,     BANKRUPTCY GROUP, MSB,
                  1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13801957         +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 22 2020 04:30:43      Carrington Mortgage Services,
                  1600 South Douglass Road, Suite 2,    Anaheim, CA 92806-5951
13801959         +E-mail/Text: documentfiling@lciinc.com Jul 22 2020 04:30:41       Comcast,    Comcast Center,
                  1701 JFK Blvd.,    Philadelphia, PA 19103-2899
13921531         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 22 2020 04:43:40       Directv, LLC,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13801961         +E-mail/Text: Bankruptcies@nragroup.com Jul 22 2020 04:31:32       National Recovery Agen,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13925061         +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 22 2020 04:30:43       Wells Fargo Bank, N.A., et al,
                  c/o Carrington Mortgage Services, LLC,    1600 South Douglass Road,     Anaheim, CA 92806-5948
                                                                                              TOTAL: 13
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: Randi              Page 2 of 2             Date Rcvd: Jul 21, 2020
                               Form ID: pdf900          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Jeanmarie  Grimes judgescholl@gmail.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A. jschwartz@mesterschwartz.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2007-RFC1, Asset-Backed Pass-Through Certificates
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
JEANMARIE GRIMES

                           Debtor                     Bankruptcy No. 16-16015-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

Dated: 7/21/20

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID SCHOLL, ESQUIRE
512 HOFFMAN ST

PHILADELPHIA, PA 19148-

Debtor:
JEANMARIE GRIMES

5601 NORTH AMERICAN STREET

PHILADELPHIA, PA 19120